# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JESSE L. PELFREY,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | |
| § | **Case No. CIV-17-389-HE-M** |
| **PFIZER, INC.,** § | |
| § | |
| **Defendant.** § | |
| § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jesse L. Pelfrey and Defendant Pfizer, Inc. file this Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  The parties have amicably resolved all disputes between them.  Accordingly, the parties jointly stipulate that the above-entitled action shall be dismissed with prejudice to re-filing.  Each party to bear their own costs and fees.

Respectfully submitted,

By: */s/ Amber L. Hurst*
   Mark Hammons, OBA #3784
   Amber L. Hurst, OBA #21231
   HAMMONS, GOWENS, HURST & ASSOCIATES
   325 Dean A. McGee Avenue
   Oklahoma City, Oklahoma 73102
   (405) 235-6100; (405) 235-6111 (fax)
   Email: amber@hammonslaw.com

**ATTORNEYS FOR PLAINTIFF**

By: */s/ Amanda A. Williams*
Paul E. Hash, *Admitted Pro Hac Vice*
Texas Bar No. 09198020
HashP@jacksonlewis.com
Amanda A. Williams, *Admitted Pro Hac Vice*
Texas Bar No. 24065281
Amanda.Williams@jacksonlewis.com
JACKSON LEWIS P.C.
500 North Akard, Suite 2500
Dallas, Texas 75201
Telephone: (214) 520-2400
Fax: (214) 520-2008

AND

Robert H. Alexander, Jr.
OBA No. 0197
alexattys@productlaw.com
THE LAW OFFICE OF ROBERT H. ALEXANDER, JR., P.C.
Chase Bank Tower, 18th Floor
100 North Broadway – Post Office Box 868
Oklahoma City, Oklahoma 73101-0868
Telephone: (405) 232-0803
Fax: (405) 232-0519

**ATTORNEYS FOR DEFENDANT PFIZER INC.**